## STATE OF CONNECTICUT *v.* PAUL RUSSELL

The defendant's petition for certification for appeal from the Appellate Court, 67 Conn. App. 822 (AC 20627), is denied.

*William B. Westcott*, special public defender, in support of the petition.

*Joseph T. Corradino*, assistant state's attorney, in opposition.

Decided March 14, 2002

## SERGE DOYEN ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF ESSEX ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 67 Conn. App. 597 (AC 20875), is denied.

*John S. Bennet*, in support of the petition.

*Alan J. Rome* and *Steven L. Katz*, in opposition.

Decided March 14, 2002

## WILFREDO M. RAMOS *v.* COMMISSIONER OF CORRECTION

The petitioner Wilfredo M. Ramos' petition for certification for appeal from the Appellate Court, 67 Conn. App. 907 (AC 21012), is denied.

*David R. Rozwaski*, special public defender, in support of the petition.

*Toni M. Smith-Rosario*, assistant state's attorney, in opposition.

Decided March 14, 2002